IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00340-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. BENJAMINE MAESTAS, et al.

 Defendants.

## SCHEDULING ORDER

**Blackburn, Judge**

 On December 4, 2008, I conducted an initial status and scheduling conference. After conferring with counsel, I entered scheduling orders *pro tanto* from the bench. I enter this order to reiterate, confirm, supplement, and expatiate those initial scheduling orders.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That as soon as practicable, counsel for the parties **SHALL MEET AND CONFER**,[1] and by no later than January 9, 2009, **SHALL FILE** a proposed joint or partially joint and/or individual scheduling orders,[2] which shall address, *inter alia*, 1) the

---

[1] Counsel may meet and confer in any way practicable, including, but not limited to, in person, by telephone, electronic mail, facsimile transmission(s), and/or any reasonable combination thereof, etc.

[2] To the extent practicable, I exhort the parties to model any proposed scheduling order after the **Scheduling Order** I entered on October 12, 2007, in 07-cr-00183-REB, U.S. v. Banks, et al., *see* [#397].

deadlines for filing non-CJA,[3] pretrial motions and responses; and 2) the date and time[4] of a telephonic scheduling conference[5] at which timely filed pretrial motions that the court determines should be set for hearing may be set for hearing; and

2. That the court **SHALL CONDUCT** a second status and setting conference on Friday, February 6, 2009, at 2:30 p.m, at which all parties and their counsel **SHALL APPEAR** without further notice or order, unless sooner excused.

Dated in chambers December 4, 2008, to reiterate, confirm, supplement, and expatiate the orders issued from the bench in open court on December 4, 2008.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn**
                                         **United States District Judge**

---

[3] "CJA" are the initials for **C**riminal **J**ustice **A**ct codified at **18 U.S.C. § 3006A**.

[4] Regardless of the date proposed by parties for the motion hearing setting conference, it shall be conducted at 10:00 a.m. (MST).

[5] The personal appearance and participation of the defendants are excused and waived. However, the attorneys for the parties or their designees possessing setting and calendar authority must participate.