IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00340-REB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. BENJAMINE MAESTAS,
  a/k/a "Mover,"
  a/k/a "Benji,"
2. LEONARD MARTINEZ,
  a/k/a "Leo,"
3. ANTHONY SHIPPLEY,
  a/k/a "Buddy,"
4. RUBEN BRAVO,
  a/k/a "Big R,"
5. JOHN BERTOLUCCI,
  a/k/a "Johnny,"
6. ERNEST SALAS,
7. EDWARD MONTANO,
8. CARY WEINMAN,
9. ADRIAN SISNEROS,
10. MICHAEL HEE,
  a/k/a "Hawaii Mike," and
11. WAYNE ORDAKOWSKI,
  a/k/a "Lumpy,"

  Defendants.

---

## SECOND SCHEDULING ORDER

---

**Blackburn, J.**

  On December 4, 2008, and February 6, 2009, I conducted status and scheduling conferences. After conferring with counsel, and after considering the parties' competing scheduling orders, objections, and requests, I now enter the following second scheduling order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the following non-CJA[1] motions and concomitant responses shall be filed as required in the table below:

| Type of Motion | Motion Filing Deadline[2] | Response to Filing Deadline |
|---|---|---|
| Motions for Discovery Relating to Wiretaps[3] | February 27, 2009 | 15 days after filing deadline[4] |
| Fed.R.Crim.P. 12(b)(3)[5] | March 17, 2009 | 15 days after filing deadline |
| Fed.R.Crim.P. 12 [6] | March 17, 2009 | 15 days after filing deadline |
| 18 USC 3501[7] | March 24, 2009 | 15 days after filing deadline |

---

[1] "CJA" are the initials for **C**riminal **J**ustice **A**ct codified at 18 U.S.C. § 3006A.

[2] May be extended or modified *only* for good cause.

[3] I am aware of the modest redundancy or discrepancy between this category of motions and the category of motions I describe as "Fed.R.Crim.P. 12(b)(3))" because Fed.R.Crim.P. 12(b)(3)(E) addresses "(E) a Rule 16 motion discovery."

[4] Construed to mean that the government may file its response to any timely filed motion within 15 days of the deadline for filing a motion in this category of motions, as opposed to within 15 days of the filing of the discreet motion to which the response applies.

[5] Includes motions brought under Fed.R.Crim.P. 12(b)(3) (A), (B), and (E), but does not include motions filed under Fed.R.Crim.P. 12(3)(C) or (D). *See* footnotes 8 and 9, *supra*.

[6] Other than motions brought under Fed.R.Crim.P. 12(b)(3).

[7] Motions impugning the admissibility of confessions.

| | | |
|---|---|---|
| Motions to Suppress[8] | March 31, 2009 | 15 days after filing deadline |
| Fed.R.Crim.P. 14(a)[9] | March 17, 2009 | 15 days after filing deadline |
| Fed.R.Evid. 609(a)(1)[10] | [No motion or request is necessary] | Shall be disclosed by the government 45 days before trial |
| Fed.R.Evid. 404(b)[11] | [No motion or request is necessary] | Shall be disclosed by the government 45 days before trial |

2. That all motions in whatever form, *e.g.*, requests, objections, etc., whether written or oral, for other scheduling orders are denied;

3. That unless sooner set for hearing, all timely filed pretrial motions that the court determines should be set for hearing shall be set for hearing(s) at a telephonic motions' hearing setting conference on April 7, 2009, at 10:00 a.m., at which the defendants need not appear or participate; provided, furthermore, that counsel for the

---

[8] Other than any motions under 18 U.S.C. § 3501. I am aware of the modest redundancy or discrepancy between this category of motions and the category of motions I describe as "Fed.R.Crim.P. 12(b)(3))" because Fed.R.Crim.P. 12(b)(3)(C) addresses "(C) a motion to suppress evidence."

[9] Motions to sever. Once again, I am aware of the modest redundancy or discrepancy between this category of motions and the category of motions I describe as "Fed.R.Crim.P. 12(b)(3)" because Fed.R.Crim.P. 12(b)(3)(D) addresses "(D) a Rule 14 motion to sever charges or defendants."

[10] I realize this category does not describe a type of motion, but instead, describes a type of information; nevertheless, for the sake of convenience, I have included it under the rubric of "Type of Motion."

[11] I realize this category does not describe a type of motion, but instead, describes a type of information; nevertheless, for the sake of convenience, I have included it under the rubric of "Type of Motion."

government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference; and

    4. That any **Discovery Conference Memorandum and Order** entered in this criminal action is modified to the extent necessary to facilitate and implement these scheduling orders, but is otherwise ratified and reaffirmed.

    Dated February 17, 2009, at Denver Colorado.

                                        BY THE COURT:

                                        /s/ Bob Blackburn
                                        Robert E. Blackburn
                                        United States District Judge