**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     BENJAMINE MAESTAS,
2.     LEONARD MARTINEZ,
3.     ANTHONY SHIPPLEY,
         a/k/a "Buddy,"
4.     RUBEN BRAVO,
         a/k/a "Big R,"
5.     JOHN BERTOLUCCI,
6.     ERNEST SALAS,
7.     EDWARD MONTANO,
8.     CARY WEINMAN,
9.     ADRIAN SISNEROS,
10.   MICHAEL HEE,
         a/k/a "Hawaii Mike," and
11.   WAYNE ORDAKOWSKI,

      Defendants.

## HEARINGS SCHEDULING ORDER

**Blackburn, J.**

On September 10, 2009, I conducted a setting conference. After conferring with counsel, I set various motions for hearing. This order is entered to confirm, expatiate, and supplement the scheduling orders entered from the bench.

**THEREFORE, IT IS ORDERED** as follows:

1. That on **October 2, 2009**, commencing at 8:00 a.m. (MDT), the court shall conduct a hearing to receive oral argument concerning the issues raised by and inherent to all motions to suppress wiretap evidence filed by and/or concerning the following

defendants:

    [3] ANTHONY SHIPPLEY,
    [4] RUBEN BRAVO,
    [7] EDWARD MONTANO,
    [8] CARY WEINMAN,
    [9] ADRIAN SISNEROS,
    [10] MICHAEL HEE, and
    [11] WAYNE ORDAKOWSKI,

2. That for the hearing on October 2, 2009, the court reserves ninety (90) minutes, if necessary, for oral argument, with the available time to be allocated as follows:

    a. each defendant shall have ten (10) minutes for opening oral argument;

    b. the government shall have twenty (20) minutes for response; and

    c. the court reserves discretion to determine the time for reply, if any;

3. That on **September 14, 2009**, commencing at 3:30 p.m. (MDT), the court shall conduct a hearing at which it will receive the parties' oral arguments concerning the issues raised by and inherent to the motion to suppress docketed as [#548][1] and the motion for issuance of subpoenas duces tecum [#411] filed by defendant [4] Ruben Bravo, reserving the balance of the afternoon, if necessary, for hearing;

4. That on **September 17, 2009**, commencing at 10:15 a.m. (MDT), the court shall conduct a hearing at which it will receive evidence and argument on the motions to suppress docketed as [#345] and [#553] filed by defendant [9] Adrian Sisneros, reserving the balance of the morning, if necessary, for hearing;

5. That on **September 21, 2009**, commencing at 2:30 p.m. (MDT), the court shall conduct an evidentiary hearing on the motion to suppress docketed as [#472] filed by

---

[1] "[#548]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case management and filing system (CM/ECF). I use this convention throughout this order.

2

defendant [7] Edward Montano, reserving the balance of the afternoon, if necessary, for hearing;

      6. That on **October 9, 2009**, commencing at 1:30 p.m. (MDT), the court shall conduct a hearing at which it will receive evidence and argument on the motions to suppress docketed as [#342], [#552], and [#555] filed by defendant [10] Michael Hee, reserving the balance of the afternoon, if necessary, for hearing;

      7. That on **November 30, 2009**, commencing at 9:00 a.m. (MDT), the court shall conduct a hearing at which it will receive evidence and argument on the motions to suppress docketed as [#550], and [#551] filed by defendant [10] Michael Hee, reserving the balance of the morning, if necessary, for hearing;

      8. That unless excused by the court, all counsel and defendants shall appear without further notice or order at any hearing concerning any motion filed or adopted by them; however, counsel and defendants may, but need not, appear at any hearing concerning any motion not filed or adopted by them

      9. That to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of any defendant in custody at any hearing in which the defendant is involved;

      10. That for now no hearing shall be set on the pending motions to sever, pending further order of court[2]; and

---

[2] At or near the end of the setting conference, counsel for the government announced the government's intent to seek a superseding indictment that would include the additional count of possession of a firearm by a prohibited person, 18 U.S.C. § 922(g)(1) against defendant [9] Adrian Sisneros. Such a superseding indictment could precipitate additional motions and could affect extant motions to sever.

11. That all hearings shall be held in the Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, Colorado 80294, Courtroom 1001 (tenth floor).

Done in chambers September 10, 2009, to confirm, expatiate, and supplement the scheduling orders entered in open court on September 10, 2009.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge