# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00340-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  LEONARD MARTINEZ

    Defendant.

---

## MINUTE ORDER[1]

---

The matter comes before the court on the Probation Officer's December 21, 2009, unopposed motion to continue the sentencing hearing. After review of the motion and the file,

**IT IS ORDERED** as follows:

1. That the Probation Officer's December 21, 2009, unopposed motion to continue the sentencing hearing is **GRANTED**;

2. That the Sentencing hearing set for January 29, 2010, is **VACATED** and **CONTINUED** pending further order;

3. That on **January 7, 2010**, at **10:00 a.m.**, the court will conduct a telephonic setting conference to reset the Sentencing hearing; and

4. That counsel for the government shall coordinate, arrange, and initiate the conference call necessary to facilitate the setting conference.

    Dated: December 23, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.