# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00340-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  LEONARD MARTINEZ,

    Defendant.

---

## MINUTE ORDER[1]

---

The court conducted a telephonic setting conference on January 6, 2010.  After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1.  That the Sentencing Hearing in this matter is **RESET** to **March 26, 2010**, at 11:00 a.m., and

2.  That the United States Marshal for the District of Colorado shall assist in securing the appearance of the defendant.

Dated:  January 7, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.